UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNA ATTERBERY,<br><br>                 Petitioner,<br><br>       v.<br><br>YUKON ZAK, LLC, ET AL.,<br><br>                 Defendants. | Case No. 1:22-cv-01059-JLT-CDB<br><br>**ORDER ON STIPULATION TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA – ANCHORAGE DIVISION**<br><br>(ECF No. 15) |

Before the Court is the parties' stipulation for order transferring case, filed January 13, 2023. (ECF No. 15). A request to transfer is controlled by 28 U.S.C. § 1404, which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

28 U.S.C. § 1404(a). The Court undertakes an "individualized, case-by-case consideration of convenience and fairness" when considering whether to transfer venue. *Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498 (9th Cir. 2000) (internal quotations and citations omitted).

Having considered each of the above elements, and the parties' stipulation, the Court determines that transfer is appropriate. The receiving district, the District of Alaska, is also an appropriate place of venue, as Plaintiff alleges that she was injured in Defendants' property

located in Alaska, and all Defendants are citizens of the state of Alaska. (ECF No. 15 p. 2). The transferring venue will provide the most convenience to the parties and serve the interest of justice because the weight of the underlying events is more closely connected to the District of Alaska than the Eastern District of California.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that this action be transferred from the United States District Court for the Eastern District of California to the United States District Court for the District of Alaska, Anchorage Division. The Order to Show Cause filed on December 20, 2022 (ECF No. 12) IS HEREBY DISCHARGED. The Clerk of Court is directed to forward all filings in this action to the United States District Court for the District of Alaska, Anchorage Division, and to close the case. In light of this Order, the Scheduling Conference set for February 10, 2023, IS HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **January 17, 2023**

UNITED STATES MAGISTRATE JUDGE